## HECTOR S. BOURGEOIS *vs.* PENOBSCOT SAVINGS BANK.

Penobscot County. Decided February 14, 1911. Action for money had and received brought by plaintiff to recover moneys

deposited by him in defendant bank which the latter refused to pay to him on demand, alleging previous payments of $115 Sept. 1, 1908 and $65 Sept. 5, 1908, to another who presented the book of and impersonated the plaintiff. Verdict for plaintiff for $194.25. Defendant filed a general motion for a new trial. Motion overruled. *E. P. Murray*, for plaintiff. *Charles Hamlin, and John Wilson*, for defendant.